THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. LOUIS ROPER, Appellant.

(Submitted June 13, 1932; decided June 21, 1932.)

*Per Curiam.* Sections 93 and 94 of the General Construction Law (Cons. Laws, ch. 22) have no application here. They provide merely a principle of construction to be applied in determining the scope of legislation which expressly or impliedly repeals earlier statutes. In the absence of evidence of contrary intent such legislation is not to be given retroactive effect. (*People ex rel. City of Buffalo* v. *N. Y. C. & H. R. R. R. Co.,* 156 N. Y. 570.) They apply with special force to statutes which otherwise would be *ex post facto* or would deprive persons of substantial rights. Here the Legislature has reduced the maximum sentence which the court might impose upon conviction for robbery in the first degree. Such statutes have never been regarded as *ex post facto* laws. They are applicable to offenses previously committed. (See *People* v. *Hayes,* 140 N. Y. 484.) Many circumstances point unmistakably to the conclusion that such was the legislative intent here.

Motion denied.